### 3731. CAIN v. THE STATE.

HILL, C. J. The assignments of error of law are manifestly without merit, and the evidence strongly supports the verdict.

*Judgment affirmed.*

DECIDED OCTOBER 23, 1911.

Accusation of sale of liquor; from city court of Cordele—Judge Strozier. August 5, 1911.

*J. T. Hill, J. W. Dennard,* for plaintiff in error.

*M. M. Eakes, W. F. George, solicitor-general,* contra.